**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

## FLSA CONSENT FORM/
## CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

*Ernesto sebastian Castillo Rios*
First and Last Name(s) (printed)

*Ernesto sebastian Castillo Rios*
Signature

*02, 8, 11*
Date

Por este medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

*Ernesto Sebastian Castillo Rios*
Nombre y Apellido(s) (en letra de molde)

*Ernesto sebastian Castillo Rios*
Firma

*02, 8, 11*
Fecha

00265800.DOC

Three First National Plaza 70 W Madison St. Suite 4000 Chicago, IL 60602-4698 tel (312) 604-2608 www.hsplegal.com



**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

### FLSA CONSENT FORM/
### CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

_____
First and Last Name(s) (printed)

_____
Signature

_____
Date

Por esté medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

_____
Nombre y Apellido(s) (en letra de molde)

_____
Firma

_____
Fecha

00265800.DOC

Three First National Plaza 70 W Madison St. Suite 4000 Chicago, IL 60602-4698 tel (312) 604-2608 www.hsplegal.com



Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

## FLSA CONSENT FORM/
## CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

Vicente Cornejo Cruz
First and Last Name(s) (printed)

Vicente Cornejo Cruz
Signature

12/01/2010
Date

Por este medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

Vicente Cornejo Cruz
Nombre y Apellido(s) (en letra de molde)

Vicente Cornejo Cruz
Firma

12/01/2010
Fecha

00265800.DOC



**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

## FLSA CONSENT FORM/
## CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

Martin Flores Bravo
First and Last Name(s) (printed)

_____
Signature

17/02/11
Date

Por esté medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

Martih Flore Bravo
Nombre y Apellido(s) (en letra de molde)

_____
Firma

17/02/11
Fecha

00265800.DOC

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

## FLSA CONSENT FORM/
## CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

JESUS GARCIA MATA
First and Last Name(s) (printed)

Jesus Garcia
Signature

12/02/2010
Date

Por este medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

JESUS GARCIA MATA
Nombre y Apellido(s) (en letra de molde)

Jesus Garcia
Firma

12/02/2010
Fecha

00265800.DOC



Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

## FLSA CONSENT FORM/
## CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

_Luis Angel Garcia Mata_
First and Last Name(s) (printed)

_Luis Angel Garcia Mata_
Signature

_12 - 02 - 2010_
Date

Por este medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

_Luis Angel Garcia Mata_
Nombre y Apellido(s) (en letra de molde)

_Luis Angel Garcia Mata_
Firma

_12 - 02 - 2010_
Fecha

00265800.DOC

Three First National Plaza 70 W Madison St. Suite 4000 Chicago, IL 60602-4698 tel (312) 604-2608 www.hsplegal.com

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

**Hughes Socol Piers Resnick & Dym Ltd.**

Attorneys at Law

## FLSA CONSENT FORM/
## CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

Gaudencio Garcia Rios
First and Last Name(s) (printed)

Gaudencio Garcia Rios
Signature

12-02-2010
Date

Por esté medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

Gaudencio Garcia Rios
Nombre y Apellido(s) (en letra de molde)

Gaudencio Garcia Rios
Firma

12-02-2010
Fecha

00265800.DOC

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

## FLSA CONSENT FORM/
### CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

*Simón García Ríos*
First and Last Name(s) (printed)

*Simón García Ríos*
Signature

*Simón García Ríos*
Date

Por esté medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

*Simón García Ríos*
Nombre y Apellido(s) (en letra de molde)

*Simón García Ríos*
Firma

*12/02/2010*
Fecha

00265800.DOC



**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

### FLSA CONSENT FORM/
### CONSENTIMIENTO PARA ACCIÓN FLSA

     I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

_Virgilio Morquez Lara_
First and Last Name(s) (printed)

_Virgilio morquez Lara_
Signature

_17 - 02 - 11_
Date

     Por este medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

_Virgilio Merquez Lara_
Nombre y Apellido(s) (en letra de molde)

_Virgilio Morquez Lara_
Firma

_17 - 02 11_
Fecha

00265800.DOC

Three First National Plaza 70 W Madison St. Suite 4000 Chicago, IL 60602-4698 tel (312) 604-2608 www.hsplegal.com

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

## FLSA CONSENT FORM/
## CONSENTIMIENTO PARA ACCIÓN FLSA

     I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

Aurliano Montes montes
First and Last Name(s) (printed)

Signature

12 / 2 /2040
Date

     Por este medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

Aurcivano Montes Montes
Nombre y Apellido(s) (en letra de molde)

Firma

12 / 2 / 2010
Fecha

00265800.DOC

Three First National Plaza 70 W Madison St. Suite 4000 Chicago, IL 60602-4698 tel (312) 604-2608 www.hsplegal.com

**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

### FLSA CONSENT FORM/
### CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

Emilio Montoya Movales
First and Last Name(s) (printed)

Emilio Montoza
Signature

11-02-2011
Date

Por este medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presenter las demandas bajo la Acta de Normas Laborales Justas.

Emilio Montoya Morales
Nombre y Apellido(s) (en letra de molde)

Emilio Montoza
Firma

11-02-2011
Fecha

00265800.DOC

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

## FLSA CONSENT FORM/
## CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

_Domingo (Ramos Rios_
First and Last Name(s) (printed)

_Domingo Ramos Rios_
Signature

_12/02/2010_
Date

Por este medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

_Domingo Ramos Rios_
Nombre y Apellido(s) (en letra de molde)

_Domingo Ramos Rios_
Firma

_12/02/2010_
Fecha

00265800.DOC

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

## FLSA CONSENT FORM/
## CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

Artemio Rincón Cruz
First and Last Name(s) (printed)

Artemio Rincon cruz
Signature

11/30/2010
Date

Por este medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

Artemio Rincon Cruz
Nombre y Apellido(s) (en letra de molde)

Artemio Rincon cruz
Firma

11/30/2010
Fecha

00265800.DOC

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

### FLSA CONSENT FORM/
### CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

REGULO RINCON CRUZ
First and Last Name(s) (printed)

REGULO RINCÓN CRUZ
Signature

11/30/2010
Date

Por esté medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

REGULO RINCÓN CRUZ
Nombre y Apellido(s) (en letra de molde)

REGULO RINCÓN CRUZ
Firma

11/30/2010
Fecha

00265800.DOC

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com



**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

## FLSA CONSENT FORM/
### CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri &
Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

GeRaRdo  RioS Ramos
First and Last Name(s) (printed)

GeRaRdo RioS Ramos
Signature

12- 02 -2010
Date

Por este medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri
and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

GeRardo Rios Ramos
Nombre y Apellido(s) (en letra de molde)

GeRaRdo RioS Ramos
Firma

12- 02-2010
Fecha

00265800.DOC

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

### FLSA CONSENT FORM/
### CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri &
Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

Sargio Rios Ramos
First and Last Name(s) (printed)

Sargio Rios Ramos
Signature

12- 02- 2010
Date

Por este medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri
and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

Sargio Rios Ramos
Nombre y Apellido(s) (en letra de molde)

Sargio Rios Ramos
Firma

12- 02- 2010
Fecha

00265800.DOC

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

 **Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

## FLSA CONSENT FORM/
## CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

_Pedro Rivera Casaudo._
First and Last Name(s) (printed)

Signature

_12 - 02 - 2010_
Date

Por este medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

_Pedro Rivera Casuado._
Nombre y Apellido(s) (en letra de molde)

Firma

_12 - 02 - 2010_
Fecha

00265800.DOC

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

## FLSA CONSENT FORM/
## CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

Manvel Rivera Rivera
First and Last Name(s) (printed)

Signature

11/30/10
Date

Por este medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

Manvel Rivera Rivera
Nombre y Apellido(s) (en letra de molde)

Firma

11/30/10
Fecha

00265800.DOC



**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

**FLSA CONSENT FORM/**
**CONSENTIMIENTO PARA ACCIÓN FLSA**

    I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

_Victor Rivera Rivera._
First and Last Name(s) (printed)

_____
Signature

__11__/__30__/__2010__
Date

    Por este medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

_Victor Rivera Rivera._
Nombre y Apellido(s) (en letra de molde)

_____
Firma

__11__/__30__/__2010__
Fecha

00265800.DOC



Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

## Hughes Socol Piers Resnick & Dym Ltd.
### Attorneys at Law

### FLSA CONSENT FORM/
### CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri &
Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

_____
First and Last Name(s) (printed)

_____
Signature

_____
Date

Por este medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri
and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

*ERNESTO AGuilar Bocanegra*
Nombre y Apellido(s) (en letra de molde)

*ERNESTO A GuiLAr . B.*
Firma

*13/02 /2011*
Fecha

00265800.DOC



Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

## FLSA CONSENT FORM/
### CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

Jose Juan Garcia Mata
First and Last Name(s) (printed)

Jose Juan Garck Mota
Signature

27/03/2011
Date

Por este medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

Jose Juan Garcia Mata
Nombre y Apellido(s) (en letra de molde)

Jose Juan Garcia Mota
Firma

27/03/2011
Fecha

00265800.DOC

 

Kalman D. Resnick
Direct Line: (312) 604-2608
Direct Fax: (312) 604-2609
Email: kresnick@hsplegal.com

**Hughes Socol Piers Resnick & Dym Ltd.**
Attorneys at Law

## FLSA CONSENT FORM/
### CONSENTIMIENTO PARA ACCIÓN FLSA

I hereby consent to be part of the collective action/class action lawsuit against Peri & Sons, Inc. to bring claims pursuant to the Fair Labor Standards Act.

Salvador Isidro-Ramirez
First and Last Name(s) (printed)

SALVADOR ISIDRO RAMIREZ
Signature

Marzo - 29 - 2011
Date

Por este medio, doy mi consentimiento para ser parte en el litigio colectivo en contra Peri and Sons, Inc, para presentar las demandas bajo la Acta de Normas Laborales Justas.

Salvador Isidro Ramirez
Nombre y Apellido(s) (en letra de molde)

SALVADOR ISIDRO RAMIREZ
Firma

Marzo -29 -2011
Fecha

00265800.DOC

Three First National Plaza 70 W Madison St. Suite 4000 Chicago, IL 60602-4698 tel (312) 604-2608 www.hsplegal.com