Mark R. Thierman, NV#8285
laborlawyer@pacbell.net
THIERMAN LAW FIRM, P.C.
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500
Fax: (775) 703-5027

Matthew J. Piers
mpiers@hsplegal.com
José Jorge Behar
jbehar@hsplegal.com
Christopher J. Wilmes
cwilmes@hsplegal.com
Caryn C. Lederer
clederer@hsplegal.com
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W. Madison Street, Suite 4000
Chicago, IL 60602
Tel: (312) 580-0100
Fax: (312) 580-1994

*Attorneys For Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VÍCTOR RIVERA RIVERA, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERI & SONS FARMS, INC.<br><br>Defendants. | Case No.: 3:11-cv-00118-RCJ-VPC<br><br>**PLAINTIFFS' NOTICE OF INTENT NOT TO AMEND PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** |

1

On July 27, 2011, the Court entered an Order ("Order") granting Defendant Peri & Sons, Inc.'s ("Peri & Sons") Motion to Dismiss against Plaintiffs' Second Amended Class Action Complaint (Docket No. 55). The Court gave Plaintiffs leave to amend the complaint as to "the breach of contract claims generally" and "the federal and state wage claims insofar as the latter arose on or after February 16, 2009." *Id.* at 12.

Plaintiffs hereby notify the Court and Defendant that they intend to stand upon the sufficiency of the allegations in the Second Amended Class Action Complaint and do not intend to file a Third Amended Class Action Complaint.

Plaintiffs respectfully disagree with the Court's conclusion that Plaintiffs' Second Amended Class Action Complaint does not state claims upon which relief can be granted. Plaintiffs elect to stand on their pleading and intend to appeal to the United States Court of Appeals for the Ninth Circuit.

Accordingly, Plaintiffs respectfully request that the Court enter a final judgment in this action, so that they may seek review of the Court's Order.

Dated: August 11, 2011

By:

/s/ José J. Behar
One of the Plaintiffs' Attorneys

Mark R. Thierman, NV#8285
laborlawyer@pacbell.net
THIERMAN LAW FIRM, P.C.
7287 Lakeside Drive
Reno, Nevada 89511
(775) 284-1500; (775) 703-502 7 (Fax)

Matthew J. Piers
(Admitted *Pro Hac Vice*)
mpiers@hsplegal.com
José Jorge Behar
(Admitted *Pro Hac Vice*)
jbehar@hsplegal.com

2

| | |
|---|---|
| 1 | Christopher J. Wilmes |
| 2 | (Admitted *Pro Hac Vice*) |
|   | cwilmes@hsplegal.com |
| 3 | Caryn C. Lederer |
|   | (Admitted *Pro Hac Vice*) |
| 4 | clederer@hsplegal.com |
| 5 | HUGHES SOCOL PIERS RESNICK & DYM, LTD. |
| 6 | 70 W. Madison Street, Suite 4000 |
|   | Chicago, IL 60602 |
| 7 | (312) 580-0100; (312) 580-1994 (Fax) |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2011, I electronically filed the attached document with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Jeremy J. Nork, Esq.,
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89169
Phone: (775) 327-3000
Fax: (775) 786-6179
jnork@hollandhart.com

Gregory A. Eurich
Joseph Neguse
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
Phone: (303) 295-8000
Fax: (303) 295-8261
geurich@hollandhart.com
jneguse@hollandhart.com

               _/s/ José J. Behar_