1  Mark R. Thierman NV#8285
   **THIERMAN LAW FIRM, PC**
2  7287 Lakeside Drive
   Reno, Nevada  89511
3  Tel: (775) 284-1500
   Fax:  (775) 703-5027
4  E-mail:  laborlawyer@pacbell.net

5
   Matthew J. Piers
6  mpiers@hsplegal.com
   José Jorge Behar
7  jbehar@hsplegal.com
   Christopher J. Wilmes
8  cwilmes@hsplegal.com
   Caryn C. Lederer
9  clederer@hsplegal.com
   **HUGHES SOCOL PIERS RESNICK & DYM, LTD.**
10 70 W. Madison Street, Suite 4000
   Chicago, IL 60602
11 Tel: (312) 580-0100
   Fax: (312) 580-1994
12
   *Attorneys for Plaintiff*
13
                             UNITED STATES DISTRICT COURT
14
                                   DISTRICT OF NEVADA
15

|  | |
|---|---|
| VÍCTOR RIVERA RIVERA, ERNESTO SEBASTIAN CASTILLO RIOS, VICENTE CORNEJO LUGO, JESÚS GARCÍA MATA, LUIS ÁNGEL GARCÍA MATA, GAUDENCIO GARCÍA RÍOS, SIMÓN GARCÍA RÍOS, VICENTE CORNEJO CRUZ, EMILIO MONTOYA MORALES, JORGE LUIS AGUILAR SOLANO, DOMINGO RAMOS RIOS, ARTEMIO RINCÓN CRUZ, SERGIO RIOS RAMOS, PEDRO RIVERA CAMACHO, GERARDO RIOS RAMOS, REGULO RINCON CRUZ, AURELIANO MONTES MONTES, MANUEL RIVERA RIVERA, JOSE BALDERAS GUERRERO, VIRGILIO MARQUEZ LARA, MARTIN FLORES BRAVO, individually and on behalf of all other persons similarly situated,<br><br>                     Plaintiffs,<br><br>       vs.<br><br>PERI & SONS FARMS, INC.,<br><br>                     Defendant. | CASE NO.   3:11-CV-118-RCJ-VPC<br><br>**ORDER OF JUDGMENT** |

1. On July 27, 2011, the Court dismissed Plaintiffs' Second Amended Complaint but granted Plaintiffs' leave to amend a Third Amended Complaint.

2. On August 11, 2011, the Plaintiffs filed a Notice of Intent Not to Amend Plaintiffs' Second Amended Class Action Complaint.

3. In that pleading, Plaintiffs notified the Court that they intend to stand upon the sufficiency of the allegations in their Second Amended Complaint and asked the Court to enter final judgment in Defendant's favor.

4. In light of the Plaintiffs' recent filing, the Court hereby dismisses Plaintiffs' Second Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) and enters final judgment in Defendant's favor.

5. The September 1, 2011 Case Management Conference is vacated.

6. This matter is closed.

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE,
DATED: 09-08-2011