Mark R. Thierman NV#8285
**THIERMAN LAW FIRM, PC**
7287 Lakeside Drive
Reno, Nevada  89511
Tel: (775) 284-1500
Fax:  (775) 703-5027
E-mail:  laborlawyer@pacbell.net

Matthew J. Piers
mpiers@hsplegal.com
José Jorge Behar
jbehar@hsplegal.com
Christopher J. Wilmes
cwilmes@hsplegal.com
Caryn C. Lederer
clederer@hsplegal.com
**HUGHES SOCOL PIERS RESNICK & DYM, LTD.**
70 W. Madison Street, Suite 4000
Chicago, IL 60602
Tel: (312) 580-0100
Fax: (312) 580-1994

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VÍCTOR RIVERA RIVERA, ERNESTO SEBASTIAN CASTILLO RIOS, VICENTE CORNEJO LUGO, JESÚS GARCÍA MATA, LUIS ÁNGEL GARCÍA MATA, GAUDENCIO GARCÍA RÍOS, SIMÓN GARCÍA RÍOS, VICENTE CORNEJO CRUZ, EMILIO MONTOYA MORALES, JORGE LUIS AGUILAR SOLANO, DOMINGO RAMOS RIOS, ARTEMIO RINCÓN CRUZ, SERGIO RIOS RAMOS, PEDRO RIVERA CAMACHO, GERARDO RIOS RAMOS, REGULO RINCON CRUZ, AURELIANO MONTES MONTES, MANUEL RIVERA RIVERA, JOSE BALDERAS GUERRERO, VIRGILIO MARQUEZ LARA, MARTIN FLORES BRAVO, individually and on behalf of all other persons similarly situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>PERI & SONS FARMS, INC.,<br><br>                    Defendant. | CASE NO.   3:11-CV-118-RCJ-VPC<br><br>**ORDER OF JUDGMENT** |

1. On July 27, 2011, the Court dismissed Plaintiffs' Second Amended Complaint but granted Plaintiffs' leave to amend a Third Amended Complaint.

2. On August 11, 2011, the Plaintiffs filed a Notice of Intent Not to Amend Plaintiffs' Second Amended Class Action Complaint.

3. In that pleading, Plaintiffs notified the Court that they intend to stand upon the sufficiency of the allegations in their Second Amended Complaint and asked the Court to enter final judgment in Defendant's favor.

4. In light of the Plaintiffs' recent filing, the Court hereby dismisses Plaintiffs' Second Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) and enters final judgment in Defendant's favor.

5. The September 1, 2011 Case Management Conference is vacated.

6. This matter is closed.

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE,
DATED: 09-08-2011