Mark R. Thierman NV#8285
**THIERMAN LAW FIRM, PC**
7287 Lakeside Drive
Reno, Nevada  89511
Tel: (775) 284-1500
Fax:  (775) 703-5027
E-mail:  laborlawyer@pacbell.net

Matthew J. Piers
mpiers@hsplegal.com
José Jorge Behar
jbehar@hsplegal.com
Christopher J. Wilmes
cwilmes@hsplegal.com
Caryn C. Lederer
clederer@hsplegal.com
**HUGHES SOCOL PIERS RESNICK & DYM, LTD.**
70 W. Madison Street, Suite 4000
Chicago, IL 60602
Tel: (312) 580-0100
Fax: (312) 580-1994

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VÍCTOR RIVERA RIVERA, ERNESTO SEBASTIAN CASTILLO RIOS, VICENTE CORNEJO LUGO, JESÚS GARCÍA MATA, LUIS ÁNGEL GARCÍA MATA, GAUDENCIO GARCÍA RÍOS, SIMÓN GARCÍA RÍOS, VICENTE CORNEJO CRUZ, EMILIO MONTOYA MORALES, JORGE LUIS AGUILAR SOLANO, DOMINGO RAMOS RIOS, ARTEMIO RINCÓN CRUZ, SERGIO RIOS RAMOS, PEDRO RIVERA CAMACHO, GERARDO RIOS RAMOS, REGULO RINCON CRUZ, AURELIANO MONTES MONTES, MANUEL RIVERA RIVERA, JOSE BALDERAS GUERRERO, VIRGILIO MARQUEZ LARA, MARTIN FLORES BRAVO, individually and on behalf of all other persons similarly situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>PERI & SONS FARMS, INC.,<br><br>                    Defendant. | CASE NO.   3:11-CV-118-RCJ-VPC<br><br>**NOTICE OF APPEAL** |

PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that all plaintiffs, through their attorneys, appeal to the United States Court of Appeals for the Ninth Circuit from the Court's July 27, 2011 Order granting Defendant's Motion to Dismiss [Docket No. 55] and the Court's September 8, 2011 Order dismissing the Plaintiffs' Second Amended Class Action Complaint with prejudice and entering final judgment in Defendant's favor [Docket No. 61].

| | |
|---|---|
| Dated: October 4, 2011 | Respectfully Submitted, |
| | HUGHES SOCOL PIERS RESNICK & DYM, LTD. |
| | By:   /s/ Jose J. Behar<br>      Jose J. Behar<br>      *One of the Attorneys for Plaintiffs* |