UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED / ENTERED
NOV - 5 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| VICTOR RIVERA RIVERA, et al., | 3:11-CV-0118-RCJ (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | November 5, 2014 |
| PERI & SONS FARMS, INC., | |
| Defendant. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The request to vacate the November case management conference before the Magistrate Judge (#143) is **GRANTED**. The remainder of the stipulation concerns deadlines associated with the motion for conditional class certification and the status conference set before the District Court in December; therefore, the stipulation is more properly pending before the District Court.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk