**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR RIVERA RIVERA, *et al.*, | |
| Plaintiffs, | 3:11-cv-00118-RCJ-VPC |
| vs. | **ORDER** |
| PERI & SONS FARMS, INC., | |
| Defendant. | |

This case arises from Defendant's alleged failure to fully and properly compensate Plaintiffs and proposed class members in violation of applicable labor and wage laws. The following Motions are currently pending before the Court: Plaintiffs' Motion to Certify Class (ECF No. 100); Plaintiffs' Motion to Strike Affirmative Defenses (ECF No. 113); Plaintiffs' Motion for Leave to File a Third Amended Class Action Complaint (ECF No. 135); and Plaintiffs' Motion to Stay and Reschedule Deadlines Pending Mediation (ECF No. 145).

On March 13, 2015, the parties submitted a "Joint Stipulation and Agreement to Settle Class Action Claims" along with a Motion for Preliminary Approval of Class and Collective Action Settlement (ECF No. 160).  Having granted the Motion for Preliminary Approval, the Court now denies the above referenced pending Motions without prejudice.  In so doing, the Court makes no representation as to the merits of the Motions.

///

1

**CONCLUSION**

IT IS HEREBY ORDERED that Plaintiffs' Motion to Certify Class (ECF No. 100); Plaintiffs' Motion to Strike Affirmative Defenses (ECF No. 113); and Plaintiffs' Motion for Leave to File a Third Amended Class Action Complaint (ECF No. 135) are DENIED without prejudice.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Stay and Reschedule Deadlines Pending Mediation (ECF No. 145) is DENIED as moot.

IT IS SO ORDERED.

Dated: March 25, 2015

_____
ROBERT C. JONES
United States District Judge