Mark R. Thierman, NV#8285
laborlawyer@pacbell.net
THIERMAN LAW FIRM, P.C.
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500
Fax: (775) 703-5027

Matthew J. Piers
mpiers@hsplegal.com
José Jorge Behar
jbehar@hsplegal.com
Christopher J. Wilmes
cwilmes@hsplegal.com
Caryn C. Lederer
clederer@hsplegal.com
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W. Madison Street, Suite 4000
Chicago, IL 60602
Tel: (312) 580-0100
Fax: (312) 580-1994

*Attorneys For Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR RIVERA RIVERA, et al., individually and on behalf of all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PERI & SONS FARMS, INC., <br><br> Defendant | Case No.: 3:11-CV-00118-RCJ-VPC |

**STIPULATION AND PROPOSED ORDER**

1. On April 13, 2015, this Court preliminarily approved the class-wide settlement of Plaintiffs' claims in the above-captioned case. (Dkt. No. 168). Plaintiffs now ask the Court to extend the claim-filing deadline to December 9, 2015 to permit additional Class Members to receive settlement payments from the approved Settlement Fund. Defendant agrees to Plaintiffs' request.

2. Since preliminary approval, the Plaintiffs have been implementing the notice plan set out in the parties' Settlement Agreement. Settlement administrator Justicia Cruzando Fronteras, Inc. ("JCF") has conducted in-person outreach and held approximately seventeen large-scale, widely-publicized meetings in locations including Casimiro Castillo, Jalisco; Guadalajara, Jalisco; Toliman, Queretaro; Peñamiller, Queretaro; and Santa Catarina, Guanajuato. Through these meetings and outreach efforts, JCF has distributed written notice of the settlement to hundreds of Class Members throughout Mexico.

3. Beyond the in-person notice conducted by JCF, settlement administrator Centro Derechos Migrantes ("CDM") has mailed notice to more than 900 Class Members and emailed and faxed notice to an additional approximately 40 Class Members residing in Mexico, and settlement administrator Simpluris has mailed or distributed notice to approximately 1,000 Class Members residing in the United States or working at Peri this season.

4. To date, over 1,200 out of approximately 2,170 Class Members entitled to receive settlement payments have submitted valid claim forms. However, because of the difficulties associated with delivering mail in rural Mexico all three Settlement Administrators continue to receive inquiries from Class Members who recently learned about the settlement and are interested in submitting claim forms.

5. Given that the Court's final approval hearing is not scheduled until December 14, 2015, Plaintiffs ask the Court to extend the claim filing deadline by 25 days, from November 13, 2015 until December 9, 2015. The extended deadline will increase the number of Class Members who can participate in the Settlement and will not significantly reduce other Class Members' recovery.

| | | |
|---|---|---|
| 1 | DATED this 25th day of November, 2015. | DATED this 25th day of November, 2015 |
| 2 | **HUGHES SOCOL PIERS RESNICK & DYM, LTD.** | **SANTORO WHITMIRE** |

*/s/ Christopher J. Wilmes*                     */s/ James E. Whitmire*

Mark R. Thierman, NV#8285
laborlawyer@pacbell.net
THIERMAN LAW FIRM, P.C.
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500
Fax: (775) 703-5027

Matthew J. Piers
mpiers@hsplegal.com
José Jorge Behar
jbehar@hsplegal.com
Christopher J. Wilmes
cwilmes@hsplegal.com
Caryn C. Lederer
clederer@hsplegal.com
HUGHES SOCOL PIERS
RESNICK & DYM, LTD.
70 W. Madison Street, Suite 4000
Chicago, IL 60602
Tel: (312) 580-0100

*Attorneys for Plaintiffs*

JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 006533
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135

*Attorney for Defendant Peri & Sons Farms, Inc.*

- 3 -

**ORDER**

IT IS SO ORDERED this 3rd day of December, 2015.

_____
UNITED STATES DISTRICT
JUDGE/MAGISTRATE JUDGE

- 4 -