Mark R. Thierman, NV#8285
laborlawyer@pacbell.net
THIERMAN LAW FIRM, P.C.
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500
Fax: (775) 703-5027

Matthew J. Piers
mpiers@hsplegal.com
José Jorge Behar
jbehar@hsplegal.com
Christopher J. Wilmes
cwilmes@hsplegal.com
Caryn C. Lederer
clederer@hsplegal.com
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W. Madison Street, Suite 4000
Chicago, IL 60602
Tel: (312) 580-0100
Fax: (312) 580-1994

*Attorneys For Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VÍCTOR RIVERA RIVERA, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERI & SONS FARMS, INC.,<br><br>Defendant. | Case No.: 3:11-cv-00118-RCJ-VPC<br><br>[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT |

This cause comes before the Court upon Plaintiffs' Motion for entry of an Order finally approving the class and collective action settlement between Plaintiffs and Defendant Peri & Sons Farms, Inc. ("Settlement"). The Court has reviewed the Settlement Agreement and the exhibits attached thereto as well as Plaintiffs' memorandum in support of their motion. The Court finds that the settlement is fair, reasonable and adequate resolution of the issues in this proceeding and therefore,

**IT IS ORDERED** that:

1. Pursuant to Rule 23 of the Federal Rules of Civil Procedure and 29 U.S.C. § 216, the following class is certified for settlement purposes only, "All H-2A workers whom Defendant Peri & Sons Farms, Inc. employed between February 16, 2005 and December 31, 2011."

2. Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the Court finds that the parties' class-wide Settlement Agreement negotiated by the parties is fair, reasonable, and adequate.

3. Pursuant to the terms of the parties' settlement agreement, the Court orders Peri & Sons to deposit an additional $1.8 million in the Qualified Settlement Fund created by Simpuris, for a total settlement payment of $2.8 million.

4. The Court finds that Class Counsel's request for $386,145 in attorneys' fees, costs, and litigation expenses is fair and reasonable. The Court orders the Settlement Administrator to issue this payment to Class Counsel no later than 45 days after the date of this Order.

5. The Court approves the following payments to the Settlement Administrators: a total payment to Simpluris in the amount of $40,000; a total payment to JCF in the amount of $65,000, and a total payment to CDM in the amount of $70,000. The Court orders Simpluris to issue these payments no later than 45 days after the date of this Order.

6. The Court orders the Settlement Administrators to distribute settlement awards to each Class Member who returned a valid and timely claim form, as contemplated by the Settlement Agreement. The Court orders the Settlement Administrators to begin distributing these awards no later than 45 days after the date of this Order.

7. The Court dismisses this case with prejudice as to all Class Members.

Dated: 12-15-15

_____
Honorable Robert C. Jones
District Judge